**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Frank Mario Bella**  Case No.

Debtor(s)   Chapter  **7**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Frank Mario Bella**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☒ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because **I am in training and am not eligible at this time to receive compensation.**

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **March 5, 2014**  Signature

**Frank Mario Bella**
Debtor

DuBois Area Catholic School, Inc
200 Central Christian Rd
PO Box 567
DuBois, PA 15801

Frank M Bella
116 South State Street
DuBois, PA 15801

| Employee Pay Stub | | Check number: | | | Pay Period: 12/01/2013 - 12/15/2013 | | Pay Date: 12/13/2013 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Frank M Bella, 116 South State Street, DuBois, PA 15801 | | | | | ***-**-5625 | Single/Withhold | Fed-1/0/PA-0/0 | |
| | | | | | | | | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Non-taxable Company Items** | | Current | YTD Amount |
| Admin Salary | | | 2,708.33 | 2,708.33 | Health Insurance (company paid) | | 263.50 | 263.50 |
| **Deductions From Gross** | | | Current | YTD Amount | Vision Insurance (company paid) | | 2.11 | 2.11 |
| Health Insurance (pre-tax) | | | -14.50 | -14.50 | | | | |
| **Taxes** | | | Current | YTD Amount | | | | |
| Local Tax | | | -26.94 | -26.94 | | | | |
| Local Services Tax | | | -2.17 | -2.17 | | | | |
| Federal Withholding | | | -440.00 | -440.00 | | | | |
| Social Security Employee | | | -167.02 | -167.02 | | | | |
| Medicare Employee | | | -39.06 | -39.06 | | | | |
| PA - Withholding | | | -82.70 | -82.70 | | | | |
| PA - Unemployment Employee | | | -1.90 | -1.90 | | | | |
| | | | -759.79 | -759.79 | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | |
| Direct Deposit 1 | | | -1,934.04 | -1,934.04 | | | | |
| **Net Pay** | | | 0.00 | | | | | |

DuBois Area Catholic School, Inc
200 Central Christian Rd
PO Box 567
DuBois, PA 15801

Frank M Bella
116 South State Street
DuBois, PA 15801

| Employee Pay Stub | | Check number: | | | | Pay Period: 12/16/2013 - 12/31/2013 | | Pay Date: 12/20/2013 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Frank M Bella, 116 South State Street, DuBois, PA 15801 | | | | | | ***-**-5625 | Single/Withhold | Fed-1/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Admin Salary | | | 2,708.33 | 5,416.66 | Health Insurance (company paid) | 263.50 | 527.00 |
| | | | | | Vision Insurance (company paid) | 2.11 | 4.22 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Health Insurance (pre-tax) | | | -14.50 | -29.00 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| Local Tax | | | -26.94 | -53.88 | | | |
| Local Services Tax | | | -2.17 | -4.34 | | | |
| Federal Withholding | | | -440.00 | -880.00 | | | |
| Social Security Employee | | | -167.01 | -334.03 | | | |
| Medicare Employee | | | -39.06 | -78.12 | | | |
| PA - Withholding | | | -82.70 | -165.40 | | | |
| PA - Unemployment Employee | | | -1.89 | -3.79 | | | |
| | | | -759.77 | -1,519.56 | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | |
| Direct Deposit 1 | | | -1,934.06 | -3,868.10 | | | |
| **Net Pay** | | | **0.00** | | | | |

DuBois Area Catholic School, Inc
200 Central Christian Rd
PO Box 567
DuBois, PA 15801


Frank M Bella
116 South State Street
DuBois, PA 15801


| Employee Pay Stub | | Check number: | | | | | Pay Period: 01/01/2014 - 01/15/2014 | | Pay Date: 01/15/2014 |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Frank M Bella, 116 South State Street, DuBois, PA 15801 | | | | | | | ***-**-5625 | Single/Withhold | Fed-1/0/PA-0/0 |
| **Earnings and Hours** | | Qty | Rate | Current | YTD Amount | | **Non-taxable Company Items** | Current | YTD Amount |
| Admin Salary | | | | 2,708.33 | 2,708.33 | | Health Insurance (company paid) | 263.50 | 263.50 |
| **Deductions From Gross** | | | | Current | YTD Amount | | Vision Insurance (company paid) | 2.11 | 2.11 |
| Health Insurance (pre-tax) | | | | -14.50 | -14.50 | | | | |
| **Taxes** | | | | Current | YTD Amount | | | | |
| Local Tax | | | | -26.94 | -26.94 | | | | |
| Local Services Tax | | | | -2.17 | -2.17 | | | | |
| Federal Withholding | | | | -436.00 | -436.00 | | | | |
| Social Security Employee | | | | -167.02 | -167.02 | | | | |
| Medicare Employee | | | | -39.06 | -39.06 | | | | |
| PA - Withholding | | | | -82.70 | -82.70 | | | | |
| PA - Unemployment Employee | | | | -1.90 | -1.90 | | | | |
| | | | | -755.79 | -755.79 | | | | |
| **Adjustments to Net Pay** | | | | Current | YTD Amount | | | | |
| Direct Deposit 1 | | | | -1,938.04 | -1,938.04 | | | | |
| **Net Pay** | | | | 0.00 | | | | | |

DuBois Area Catholic School, Inc, 200 Central Christian Rd, PO Box 567, DuBois, PA 15801

Powered by **Intuit Payroll**